**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
MARCH 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

PH    08 C 1326

In the Matter of                                                 Case Number:

NEW HAMPSHIRE INSURANCE COMPANY
v. GREEN DRAGON TRADING COMPANY
c/o Dombrowski & Sorensen, Attorneys at Law

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE KEYS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

New Hampshire Insurance Company

| | |
|---|---|
| NAME (Type or print) | |
| Dennis Minichello | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Dennis Minichello | |
| FIRM | |
| Marwedel, Minichello & Reeb, P.C. | |
| STREET ADDRESS | |
| 10 S. Riverside Plaza, Suite 720 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 03122059 | (312) 902-1600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |