IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY, | ) ) ) | | |
| Plaintiff, | ) ) ) | | |
| v. | ) ) | Case No.: | 08 C 1326 |
| GREEN DRAGON TRADING COMPANY, c/o Dombrowski & Sorensen Attorneys at Law, | ) ) ) ) ) | Judge:  Magistrate: | Der-Yeghiayan  Keys |
| Defendant. | ) | | |

NOTICE OF FILING
EXHIBITS TO COMPLAINT FOR DECLARATORY JUDGMENT

PLEASE TAKE NOTICE that on March 7, 2008, the undersigned caused to be filed with the U.S. District Court for the Northern District of Illinois, the attached **Exhibits A, B, and C to Complaint For Declaratory Judgment**, via the court's CM/ECF case management system.

                /s/ Dennis Minichello
                Dennis Minichello

Dennis Minichello [Illinois ARDC #03122059]
Stephanie Espinoza [Illinois ARDC #06278778]
Marwedel, Minichello & Reeb, P.C.
10 South Riverside Plaza, Suite 720
Chicago, IL  60606

**CERTIFICTE OF SERVICE**

I, Dennis Minichello, certify that on this 7th day of March, 2008, I served the attached **Exhibits A, B, and C to Complaint For Declaratory Judgment**, on Agent for Defendant, Joseph Dombrowski, Dombrowski & Sorenson, 670 N. Clark St., Chicago, IL 60610, via certified mail, return receipt requested.

                /s/ Dennis Minichello