U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number: 1:08-cv-01326
NEW HAMPSHIRE INSURANCE COMPANY,
VS.
GREEN DRAGON TRADING COMPANY,
c/o Dombrowski & Sorensen Attorneys at Law,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GREEN DRAGON TRADING COMPANY

Defendant

| NAME (Type or print) |  |
|---|---|
| GEORGE B. COLLINS |  |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ GEORGE B. COLLINS |

| FIRM |
|---|
| COLLINS, BARGIONE & VUCKOVICH |

| STREET ADDRESS |
|---|
| ONE NORTH LA SALLE STREET |

| CITY/STATE/ZIP |
|---|
| CHICAGO, ILLINOIS 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 487961 | 312-372-7813 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ] |