IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>GREEN DRAGON TRADING COMPANY, )<br>c/o Dombrowski & Sorensen Attorneys at Law, )<br>)<br>Defendant. ) | NO. 08 CV 1326<br><br>JUDGE DER-YEGHIAYAN<br><br>MAG. JUDGE KEYS |

RULE 7.1 DISCLOSURE STATEMENT
OF GREEN DRAGON TRADING COMPANY

Comes Green Dragon Trading Company, by counsel, and in compliance with FRCP 7.1 states:

1. Green Dragon Trading Company is a corporation. The only holder of its shares is Joseph L. Dombrowski.


　　　　　　　　　　　　s/s　　　　　　George B. Collins
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　Green Dragon Trading Company


George B. Collins
COLLINS, BARGIONE & VUCKOVICH
One North LaSalle Street, #2235
Chicago, IL 60602
(312) 372-7813

## CERTIFICATE OF SERVICE

    George B. Collins, attorney for Defendant Green dragon Trading Company, hereby certifies that the foregoing **RULE 7.1 DISCLOSURE STATEMENT OF GREEN DRAGON TRADING COMPANY** was served on April 3, 2008, in accordance with Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.


                                                       BY: _____s/s George B. Collins_____
                                                                          Attorney for Defendant,
                                                                          Green Dragon Trading Company

## SERVICE LIST

Dennis Minichello
Stephanie A. Espinoza
**MARWEDEL, MINICHELLO & REEB, P.C.**
10 South Riverside Plaza, Suite 720
Chicago, IL 60606
dminichello@mmr-law.com
sespinoza@mmr-law.com


George B. Collins
**COLLINS, BARGIONE & VUCKOVICH**
One N. LaSalle St., #2235
Chicago, IL 60602
email@cb-law.com