# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY, )<br>)<br>Plaintiff,        )<br>)<br>-vs-            )<br>)<br>GREEN DRAGON TRADING COMPANY,   )<br>c/o Dombrowski & Sorensen Attorneys at Law,  )<br>)<br>Defendant.        ) | NO. 08 CV 1326<br><br>JUDGE DER-YEGHIAYAN<br><br>MAG. JUDGE KEYS |

### AFFIDAVIT OF JOSEPH L. DOMBROWSKI

Joseph L. Dombrowski, on oath, states:

1. I make this Affidavit of my own personal knowledge, and am competent to testify to the matters stated in this Affidavit.

2. I practice law at Chicago. My law office address is the place to which New Hampshire Insurance Company sends premium notices. I am not the registered agent for Green Dragon Trading Company ("Green Dragon"). Green Dragon does not have a registered agent in Illinois.

3. The matters of fact alleged in the Motion to which this Affidavit is attached are true.

4. The M/V Le Viper is being repaired in Ft. Lauderdale, Florida. It will be surveyed upon the completion of repairs, and that survey will occur in Florida, at Ft. Lauderdale. Le Viper was built in Louisiana.

5. I do not know of any Illinois resident who is, or could be, a witness to the events encompassing the distress and towing of M/V Le Viper. I do not know of any person in Illinois who might or could be called as a witness in the case. The case will involve expert witnesses on both sides; all of the experts of which I have any knowledge will be Floridians. If I am required to be a witness, I will be available in Florida. I spend much of each year in Florida.

1

6.  I know that it would be expensive to produce the witnesses to this case at Chicago. It would be most inconvenient to litigate this case at such a distance from the place where everything occurred and where all of the witnesses reside.

Further, Affiant sayeth not

_____
Joseph L. Dombrowski

SUBSCRIBED and SWORN TO

before me this 3rd day of April, 2008.

_____
Notary Public

"OFFICIAL SEAL"
Constance A. Lichter
Notary Public, State of Illinois
My Commission Exp. 04/02/2009

2