FILED
MARCH 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1326

JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE KEYS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: |
| GREEN DRAGON TRADING COMPANY, c/o Dombrowski & Sorensen Attorneys at Law, | ) ) ) ) ) | Judge: Magistrate: |
| Defendant. | ) | |

**NOTIFICATION OF AFFILIATES - DISCLOSURE STATEMENT**

Plaintiff, New Hampshire Insurance Company ("New Hampshire"), by and through its attorneys Dennis Minichello and Stephanie Espinoza of Marwedel, Minichello & Reeb, P.C., and pursuant to Local Rule 3.2, states as follows:

New Hampshire Insurance Company is a nongovernmental corporation that is wholly owned by and a member of the American International Group of companies.

Respectfully Submitted,

NEW HAMPSHIRE INSURANCE COMPANY

By:   /s/ Dennis Minichello
      One of its Attorneys

Dennis Minichello
Stephanie Espinoza
Marwedel, Minichello & Reeb, P.C.
10 South Riverside Plaza, Suite 720
Chicago, IL  60606
(312) 902-1600
Attorney No.: 35367

1