## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

New Hampshire Insurance Company

                     Plaintiff,

v.                                        Case No.: 1:08−cv−01326
                                        Honorable Samuel Der−Yeghiayan

Green Dragon Trading Company

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 9, 2008:

      MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: Defendant's motion to dismiss [11] is entered and continued. Plaintiff is given until 04/25/08 to file its response and Defendant's are given until 05/15/08 to file their reply. Status hearing reset to 06/18/08 at 9:00 a.m. Status hearing set for 05/06/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.