

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ADDRESS

NAME:                GEORGE B. COLLINS

FIRM:                COLLINS BARGIONE & VUCKOVICH

STREET ADDRESS:      ONE NORTH LaSALLE STREET, SUITE 300

CITY/STATE/ZIP:      CHICAGO, ILLINOIS 60602

PHONE NUMBER:        (312) 372-7813

ARDC NO. (If Member of Illinois State Bar):   0487961

☒   I am a member of the General Bar for the Northern District of Illinois.

☐   Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:08-cv-1326 | NEW HAMPSHIRE | Honorable Samuel |
|  | INSURANCE COMPANY | Der-Yeghiayan |
|  | v. |  |
|  | GREEN DRAGON TRADING |  |
|  | COMPANY |  |

s/ GEORGE B. COLLINS                    April 24, 2008
Attorney's Signature                         Date

**Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604**