IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Case No.: | 08-CV-1326 |
| | ) | | |
| GREEN DRAGON TRADING COMPANY, c/o Dombrowski & Sorensen Attorneys at Law, | ) | Judge: | Der-Yeghiayan |
| | ) | | |
| Defendant. | ) | | |

## AFFIDAVIT OF PETER ARNDT

_____Peter Arndt_____, being first duly sworn on oath, deposes and states as follows:

1.      I am employed as a Vice President at International Special Risks, Inc. ("ISR").

2.      ISR is a Marine intermediary insurance broker of insurance that markets various marine insurance coverages.

3.      ISR worked with Maritime General Agency (MGA) for the placement of yacht insurance with the New Hampshire Insurance Company.

4.      On August 7, 2007, I was contacted via email by Kathleen Murphy of Mesirow Financial ("Mesirow"), located at 321 North Clark Street, Chicago, Illinois regarding a request for insurance coverage on the M/Y LE VIPER for its owner, Green Dragon Trading Company.

5.      I understood that Green Dragon Trading Company ("Green Dragon") was a corporation formed for the sole purpose of ownership of the M/Y LE VIPER, and that the individual who was responsible for ownership of the vessel was Joseph Dombrowski.

1

EXHIBIT

1

6.    I presented the request for an insurance quotation to Ned Sawyer at MGA for his consideration via e-mail. Mr. Mike Terrier responded with an insurance proposal from New Hampshire for Green Dragon through New Hampshire.

7.    Over the course of several days, Kathleen Murphy and I exchanged phone and email communications regarding the underwriting of the marine insurance policy for Green Dragon.

8.    As part of the process for binding the insurance coverage, Mr. Dombrowski completed an insurance application that was required by MGA. A true and correct copy of the application is attached hereto as Exhibit A. Suzanne Cummings-Proctor, Yacht Specialist with ISR, received this application from Mesirow and forwarded it to MGA.

9.    Mr. Dombrowski also prepared a second insurance application for another agency. A true and correct copy of the application is attached hereto as Exhibit B. I received this application from Mesirow in August and forwarded it with my initial quote request to Ned Sawyer at MGA.

10.    As part of the process for binding the insurance coverage, it was also requested that Green Dragon establish that it had complied with all the recommendations listed in the survey performed by Slakoff, Stahl, Gordon & Associates on May 23 and 24, 2007 in order to establish the good condition of the vessel. Suzanne Cummings-Proctor was supplied a letter from Kathleen Murphy, prepared by Mr. Dombrowski on October 23, 2007, indicating that all recommended repairs had been made. MGA later requested a similar statement be completed using their own Letter of Compliance for Marine Survey Recommendations form. True and correct copies of Mr. Dombrowski's letter and the Letter of Compliance are attached hereto as Exhibit C.

11.    Policy No. YM 583-93-22, naming Green Dragon Trading Company c/o Dombrowski & Sorensen Attorneys at Law was requested bound by Mesirow on October 24, 2007 and bound effective October 24, 2007 on October 25, 2007.

12.    On November 20, 2007, ISR received the Declaration page and Endorsement pages for the policy from MGA. Joan Couture, Yacht Specialist with ISR, emailed same to Kathleen Murphy at Mesirow on November 28, 2007. ISR never received a copy of the actual policy from MGA on November 20, 2007 and Mesirow only received the documents sent to ISR from MGA

13.    On or around December 11, 2007, J.P. Williamson, Assistant Claim Manager with ISR, faxed a copy of Policy No. YM 583-93-22 to Mr. Dombrowski in Chicago.

14.    I declare under penalty of perjury that the foregoing is true and correct.

15.    Further affiant sayeth naught

Signed: _____

Executed On: ___4/25/2008___

3

Maritime General Agency
PLEASURE YACHT APPLICATION    EFFECTIVE DATE: 10-24-07

70 Essex Road • Westbrook, CT 06498
Phone 800-366-8086 • Fax 860-399-8670
E-mail info@maritimegeneral.com

Name: Green Dragon Trading Corp.    Address:
Address: 610 N Clark    City:
City: Chicago    State: IL    Zip: 60610    State:    Zip:
Beneficial Owner?: J. Joseph L. Dombrowski    % Financed:
Corporate Name (if any):    State:    Zip:
Is Corp for sole purpose of ownership of vessel? ☒ Yes  ☐ No  ☐ N/A    Nature of operations of the business:
Is the vessel fractionally owned? ☐ Yes  ☐ No

NAMED OPERATORS
1. Dan Osley    D.O.B. 59    AFFILIATION TO OWNER: Captain

Builder/Manufacturer: Sunset Ships    Model:
Year: 1992    Length: 85.06 M    Hull (ID)Serial #: 2266677    CONSTRUCTION    TYPE:
Vessel Name: LeViPer    ☐ Fiberglass  ☐ Wood  ☐ Runabout    ☒ Cruiser
Date Purchased:    19?    ☒ Aluminum  ☐ Steel  ☐ Sailboat    ☐ Houseboat
Purchase Price: 1,800,000    ☐ Other    ☐ Other
Engine Year: 1984  Engine Mfg: Detroit Diesel  Model: 16V92    Serial #: P
Total H.P.:    Max Speed    Serial #: S
FUEL:  ☐ Gas  ☒ Diesel    TYPE: (check one box each category)  ☒ Outboard  ☒ Inboard  ☐ I/O    ☐ Twin  ☐ Single
ADDITIONAL EQUIPMENT:  ☒ GPS, Radar or Loran  ☒ CO Detector  ☒ Fire Suppression
Tender Mfg.: MAINCA    Length: 13'6"    Value: 10,000    Outboard Value: UNKNWN
Trailer Mfg.:    Length:    Value:    Serial #:
Years boating: 30    How many years in total have you owned boats? 30
PRIOR VESSELS   1st PRIOR   Length: 59   Type: DODA    Years Owned: 10
2nd PRIOR   Length: 84   Type: BERTRAM    Years Owned: 10
5 Year Loss History: ☐ No Losses or Claim(s), Cause, Amount:
EDUCATION  ☒ USCGA  ☐ Licensed Capt.    Present Marine Insurer: N/A
☐ USPS  ☐ Other    Will applicant be living aboard? ☒ No  ☐ Yes
Has your insurance ever been cancelled or non-renewed? ☒ No  ☐ Yes
Berthing Location: Summer (incl. zip): CHICAGO - NAVIGNNY HARBOR   Winter (incl. zip): ST. MAARTEEN, FWI
Navigation Area: Lakes    ☐ Mooring  ☒ At Dock  ☐ Trailered
Lay-up From:    (12:01 AM)   To:    ☐ On Land  ☒ In Water, Bubbler System? ☐ No  ☐ Yes
Do you employ a paid Captain or crew? ☐ No  ☒ Yes, How many? 2    *Most recent survey? AT PROVIDED
Is vessel ever chartered / used commercially? ☒ No  ☐ Yes   Charter Type:
Is yacht used for racing?  ☒ No  ☐ Yes, details:    # per year:
Is the vessel being held for sale? ☒ No  ☐ Yes, held for sale since:
Additional insured(s) & Relationship to Insured: JOSEPH DOMBROWSKI - SOLE STOCK HOLDER
In the last 5 years, have you been convicted of a DUI, OUI or DWI? ☒ No  ☐ Yes

| | AMOUNT OF INSURANCE | DEDUCTIBLE | PREMIUMS |
|---|---|---|---|
| HULL & EQUIPMENT | 1,000,000 | 20,000 | $ |
| OUTBOARD MOTORS | $ | $ | $ |
| LIABILITY | 2,000,000 | | $ |
| MEDICAL PAYMENTS | 10,000 | 0 | $ |
| PERSONAL EFFECTS | 18,000 | | $ |
| TRAILER / TENDER | 15,000 | | $ |
| FUEL SPILL | | | $ |
| TOWING | 2,500 | | $ |
| UNINSURED BOATER | 500,000 | | $ |
| 1% Min. of $250 whichis Greater, Trailer Deductible $100. | | TOTAL PREMIUM | $ |

Producer #
Agency:
Address:
Date:

Applicant's Signature:

I hereby declare that I personally have read the application and declare that all statements made are true. I understand that this is not a binder of insurance and that I am not insured until I am advised of this in writing and have paid the premium for same by or after payment, then on application within... [illegible small print]

*A survey, not older than 36 months, must accompany application for vessels over ten years old. Recommendations must be completed within thirty days from inception date of policy unless otherwise stated by the quote.

Rev. 07/08


EXHIBIT
A

**GLOBAL MARINE
COMMERCIAL VESSEL INSURANCE APPLICATION**

The St Paul

*Please print or type. Attach your current Condition and Valuation Survey.*

## APPLICANT INFORMATION

1. Name of Applicant (Owner of Vessel)
GREEN DRAGON TRADING CORP. LTD/1/0 J. DONALD WSLEY

2. Applicant Web Site Name
N/A

3. Address (No., Street, City, State, Zip Code)
670 N. CLARK, CHICAGO, IL 60610

4. Telephone No.
312-943-7804

5. Principal Business of Owner
HOLDING CO

6. Yrs. Experience as Vessel Owner
30

7. Total Gross Receipts for Last 12 Months
NONE

8. Total Gross Payroll for Last 12 Months
$110,000

9. Total Gross "Jones Act" Payroll for last 12 Months
0

## GENERAL INFORMATION

10. Name of Captain of Vessel
DANIEL J. OSLEK

11. Age
53

12. Address (No., Street, City, State, Zip Code)
1323 S.E. 17TH M.    FT. LAUDERDALE, FL. 33316

13. How long employed as a captain    14. Total Yrs Experience
SEE RESUME    SEE RESUME

15. Does captain hold a Coast Guard license as a master?
☒ Yes  ☐ No

16. No. of Crew (excluding captain)
1

17. Attach crew list with names, positions, licenses, Date of Employment.

18. If vessel is mortgaged, amount outstanding
$ 0

19. Mortgage Expiration Date

20. Mortgagee Name

21. Mortgagee Mailing Address (No. Street, City, State, Zip Code)

22. Name of Present Insurer

23. Expiration Date

24. Has insurance ever been cancelled or non-renewed on this vessel or other vessels owned or operated by the applicant?
☒ Yes  ☐ No  If yes, please explain? BROKER FAILED TO SEND PREMIUM NOTICE

## DESCRIPTION OF VESSEL
**If more than one vessel attach schedule. If recent vessel survey is available please attach.**

25. Name of Vessel
LE VIPER

26. Home Port
GEORGE TOWN C.E.

27. Official No.
726611

28. Purchased From
SWIFT SHIPS

29. Date
1992

30. Purchase Price
$ 1,600,000

31. Present Market Value
$ 1,200,000

32. Current Replacement Value
$ 4,000,000

33. Year Built
1992

34. Built By
SWIFT SHIPS

35. Type of Vessel
MOTOR YACHT

36. Length
25.81 M

37. Beam
6.15 M

38. Draft
2.46 M

39. Material of Hull
ALUMINUM

40. Gross Tons
96

41. Net ons
28

42. Has the vessel ever been classified and if so, is it still "in class"? (give details)
☐ Yes  ☒ No

43. If vessel is a barge, is it:
☐ Single Skin  ☐ Double Skin

44. What is cargo capacity (barrels, or tons) and type of cargo carried?
N/A

45. Date last drydocked
5/07

46. Where
FT. LAUDERDALE

47. Describe Work Done
PAINT JOB

48. Date last Surveyed
5-23-24-07

49. By Whom
SLAKOFF STAHL GORDON + ASS.

50. Have all recommendations been fully complied with? (If no, please explain.)
YES

51. List all vessels owned or partly owned by applicant:
NONE

8238 Rev. 01-2003 Printed in U.S.A.

Page 1 of 3

website: www.stpaul.com

EXHIBIT
B

## ENGINES AND EQUIPMENT

| | | |
|---|---|---|
| 52. Make of Main Engine<br>DETROIT DIESEL    (3) | Model 16 V 92 | Year 1989  H.P. 1420 *ea* |
| 53. Has engine been overhauled?<br>☒ Yes ☐ No  *If yes, indicate:* | When | By Whom  KENNEDY ENGINE |
| 54. Make of Generator<br>KILOPACK    (2) | Model 37 /4 N | Year 2005  H.P. N/A |
| 55. Has generator been overhauled?<br>☐ Yes ☒ No  *If yes, indicate:* | When | By Whom |
| 56. Are engines equipped with high temperature/low oil pressure alarms?<br>☒ Yes ☐ No  *If yes, indicate:* | Make | |
| 57. Does the vessel have a bilge alarm in good working condition?<br>☒ Yes ☐ No  *If yes, indicate:* | Make | Location |
| 58. Does the engine room have automatic fire extinguishing system?<br>☒ Yes ☐ No  *If yes, indicate:* | | |

| | |
|---|---|
| 59. Does fire extinguishing equipment meet U.S.C.G. requirements<br>☒ Yes ☐ No | 60. Does the vessel have non-skid paint or surface on deck and on all ladders?<br>☒ Yes ☐ No |

61. Does all safety equipment meet U.S.C.G. requirements?
☒ Yes ☐ No  *If yes, list all safety equipment:*

62. Describe equipment involving cargo loading and unloading:  N/A

| | |
|---|---|
| 63. Do all cranes and winches have effective guards?<br>☒ Yes ☐ No | 64. If vessel is certified to carry passengers, what is the United States Coast Guard or Canadian Coast Guard passenger limit? |
| 65. What is the average number of passengers? | 66. Describe accommodations:  SEE SURVEY |

67. Describe all electronic, navigation, communication and special equipment:
SEE SURVEY

## DESCRIPTION OF OPERATIONS

68. Describe the service in which the vessel is used: *(If fishing vessel, state type of fishing and dates of operation.)*
PRIVATE YACHT - DOES NOT CHARTER

69. What waters are navigated?  CARIBBEAN & COASTWISE FROM 11-2 TO 5-31
GREAT LAKES & INLAND WATERWAYS FROM 6-1 TO 11-1

70. Dates between which the vessel will be laid up annually:
From:  11-1    To:  12-1

71. Describe maintenance *(including haul-out schedules)*:
VESSEL IS HAULED OUT EVERY FALL & MANTENCE
DONE

72. Describe loss-control practices:
CREW TRAINING & SURVEY IMPLEMENTATION

## LOSS HISTORY

73. Attach loss runs or list losses and amounts paid and case for the last 5 years.  Use separate sheet if necessary.

### HULL LOSSES

| Date of Loss | Description of Loss | Gross Amount *(Paid/Reserve)* |
|---|---|---|
| *NONE* | | |
| | | |
| | | |
| | | |

### P & I LOSSES

| Date of Loss | Description of Loss | Gross Amount *(Paid/Reserve)* |
|---|---|---|
| *NONE* | | |
| | | |
| | | |
| | | |

## COVERAGE REQUIRED

**HULL AND MACHINERY**

| 74. Insured Value | 75. Deductible | 76. Loss Payee *(if any)* |
|---|---|---|
| $ 1,000,000 | $ 292 | NONE |

**PROTECTION AND INDEMNITY**

| 77. Limit of Liability: | 78. Deductible | 79. Crew Coverage |
|---|---|---|
| $ 2,000,000 | $ 100,000 | ☒ Include   ☐ Exclude |

## ADDITIONAL COVERAGE REQUIRED

| | | |
|---|---|---|
| ☐ Tower Liability | ☐ Excess P & I | ☐ War Risks |
| ☐ Cargo Legal Liability | Limit: $ _____ | ☐ Hull Only |
| ☒ Pollution Coverage | ☐ Excess Collision/Tower Liability | ☒ Hull and P & I |
| ☐ Strikes, Riots and Civil Commotions | Limit: $ _____ | |

| IMPORTANT NOTE | The foregoing statements made and signed by the applicant and or his duly authorized agent are warranted by him to be correct and a true basis on which insurance may be granted, but in no way bind applicant to accept quotation or insurers to accept risk. |
|---|---|
| FRAUD WARNING NOTICE | If a state fraud warning notice applies, read and attach the signed Fraud Warning Notice List (Form 55306) to this application. |

## REQUIRED COMPLETION - READ AND SIGN

You, the undersigned, are the authorized representative of the prospective Named Insured and certify that reasonable inquiry has been made to obtain the answers to these questions.  By signing, you certify that the answers and information that you provided in this application, and all supplements and attachments to this application, are true, correct, and complete to your best knowledge and belief.  Signing this application won't constitute a binder or obligate St. Paul Fire and Marine Insurance Company to provide Commercial Vessel Insurance, but it's agreed that this application will be the basis upon which a Policy may be issued.

| Applicant Signature X | Date 7-17-07 |
|---|---|
| Agent Signature X | Date |

DOMBROWSKI AND SORENSEN

*Attorneys at Law*

670 N. CLARK

CHICAGO, ILLINOIS 60610

(312) 843-7604

JOSEPH L. DOMBROWSKI

JOAN SORENSEN

October 23, 2007

Maritime General Agency
70 Essex Road
Westbrook, Ct. 06498

RE: M/Y LeViper

Dear Sirs:

This will confirm that all recommendations on the Marine Survey presented to you with this application have been complied with prior to today's date.

Sincerely,

JOSEPH L. DOMBROWSKI
Attorney At Law

FAX NO. (312) 843-1718
E-MAIL jld.dands@mindspring.com

**EXHIBIT**

_C_

# Maritime General Agency

## Letter of Compliance for Marine Survey Recommendations

Named Insured: _GREEN DRAGON TRADING CORP. LTD._

Policy Number: _YM 583-93-22_

On _5/23 & 24_, 20_07_ the Marine surveying firm of _SLAKOFF, STAHL, GORDON & ASSOCIATES_
conducted a survey on the following vessel.

Vessel name _VIPER_, Hull # / Documentation # _0394 / 972066_

Vessel year / type / length _1992 / MOTOR YACHT / 85'_

I certify as owner of the above vessel that all recommendations on the above survey have been
complied with to the satisfaction of the above noted surveyor. Any recommendations not yet
completed are listed below along with a due date of completion.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I agree that coverage for a claim will be denied, if the cause of loss can be related to or traced in
any way to non-compliance with any or all recommendations made on the above referenced
survey.

RECEIVED NOV 13 2007

Vessel Owner
(Sign) _____     Date _11-2-07_

70 Essex Road, P.O. Box 969 Westbrook, CT 06498
(860) 399-2047 / Fax (860) 399-3199