IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) GREEN DRAGON TRADING ) COMPANY, c/o Dombrowski & ) Sorensen Attorneys at Law, ) ) Defendant. ) | Case No.: 08-CV-1326 Judge: Der-Yeghiayan |

### AFFIDAVIT OF SUSAN SMITH

    Susan Smith    , being first duly sworn on oath, deposes and states as follows:

1.    I am employed as the Regional Hull Manager – Marine Claims Department of AI Marine Adjusters, Inc. ("AI Marine").

2.    AI Marine is a claims adjusting company that handles all claims for New Hampshire Insurance Company.

3.    I am responsible for coordinating the investigation and adjustment of the claim made by Joseph Dombrowski and Green Dragon Trading Company with respect to the loss that occurred on November 18, 2007 aboard the M/Y LE VIPER.

4.    AI Marine first received notice of this loss through International Special Risks ("ISR") on November 20, 2007. This "Report of Loss" included a Property Loss Notice, along with a detailed letter from Joseph Dombrowski describing the incident. A true and correct copy

1



of the "Report of Loss", which includes Mr. Dombrowski's letter, is attached hereto as Exhibit A.

5. On December 7, 2007, I sent a Reservation of Rights letter addressed to Joseph Dombrowski at 670 North Clark Street, Chicago, Illinois regarding this claim. The post office did not return the letter as undeliverable or otherwise indicate that the wrong address was listed. A true and correct copy of the letter is attached hereto as Exhibit B.

6. I received a letter from David Weiss dated December 11, 2007, indicating that he represented Mr. Dombrowski and Green Dragon with respect to this claim.

7. In December of 2007 and January of 2008, Mr. Weiss and I exchanged several letters relating to the investigation of the loss.

8. I received a letter from Mr. Dombrowski dated February 5, 2008, and addressed from his law office in Chicago. In that letter, Mr. Dombrowski indicated that he was the sole shareholder and director of the Western Hemisphere operations for Green Dragon Trading Company, a bearer stock company incorporated in the Isle of Mann. A true and correct copy of the letter is attached hereto as Exhibit C.

9. Attached to Mr. Dombrowski's letter dated February 5, 2008 was a repair invoice from R&K Construction, Inc., located in Elk Grove, Illinois. Mr. Dombrowski's letter indicated that the repair invoice was for repairs made to the vessel in response to recommendations made by the marine surveyor.

10. On March 3, 2008, I sent a letter to Mr. Dombrowski at his Chicago office, advising that New Hampshire was denying coverage for this loss. The post office did not return the letter as undeliverable or otherwise indicate that the wrong address was listed. A true and correct copy of the letter is attached hereto as Exhibit D.

11. I declare under penalty of perjury that the foregoing is true and correct.

12. Further affiant sayeth naught.

Signed: _Susan Smith_

Executed On: _April 23, 2008_



**International Special Risks, Inc.**
50 Salem Street, 3rd Floor
Building B
Lynnfield, MA 01940
Tel: (781) 295-0270 x 291   Fax: (781) 246-7830
E-mail: jpwilliamson@isr-insurance.com

---

# Facsimile Transmittal Sheet

---

## REPORT OF LOSS

| | |
|---|---|
| **Date:** | 11/20/07 |

**Number of pages including cover ( 6 )**

**To:** Al Marine Adjusters/Tom Teravainen
**Fax:** 617-457-6802
**From:** J.P. Williamson

**RE Customer:** Green Dragon Trading Corp. (Joseph Dombrowski)
**Policy No.:** YM5839322
**Date of Loss:** 11/18/07
**Loss:** Engine Room Flooding / Salvage Claim / Crew Injury

---

This letter serves as our notice of loss per the above captioned as reported by the Assured. Upon receipt, we ask that you proceed with the adjustment of this matter in accordance with the above policy of insurance. **Please forward your *acknowledgment of receipt, the assigned claim number, and the name and number of the assigned adjuster* at your earliest convenience.**

For your file we have attached all of the documents that are available at this time. This office will provide additional information as it is received. Please let us know the information and documentation you require in order to process and handle this claim. I have left a message for the assured requesting a contact number for the Captain and/or the boat. I have also inquired about the Captain's condition and how it relates to this incident. I will provide those details upon receipt.

Should you have any further questions regarding this notice, please do not hesitate to contact the undersigned.

Sincerely,

J.P. Williamson
Asst. Claim Manager

EXHIBIT A

NOV-20-2007 10:43   MESIROW CLAIMS DEPT   FAX:3125956506   NOV 19 2007 10:52   16172427850   P.02

GREEDRA

# ACORD. PROPERTY LOSS NOTICE

131293                                      DATE 11/19/07

| PRODUCER PHONE (A/C, No, Ext): 312 595-6000 | MISCELLANEOUS INFO (Site & location code) | DATE OF LOSS AND TIME 11/18/07 | AM/PM | PREVIOUSLY REPORTED YES / NO |

Construction - Remagi Team
Mesirow Insurance Service
321 N. Clark Street
Chicago, IL 60610

| POLICY TYPE | COMPANY AND POLICY NUMBER | NAIC CODE | POLICY DATES |
|---|---|---|---|
| PROP/HOME | CO: New Hampshi/Yacht Polic POL: YM5839323 | 23841 | EFF 10/24/07 EXP 10/24/08 |
| FLOOD | | | |
| WIND | | | |

AGENCY CUSTOMER ID: 74395

## INSURED

NAME AND ADDRESS OF INSURED:
Green Dragon Trading Corp. Ltd.
c/o Joseph L. Dombrowski 670 N.
Chicago, IL 60610

CONTACT
NAME AND ADDRESS OF INSURED: Joseph Dombrowski

RESIDENCE PHONE (A/C, No): 312 943-7804

BUSINESS PHONE (A/C, No, Ext): 312 943 7804

## LOSS

LOCATION OF LOSS: Atlantic Ocean

DESCRIPTION OF LOSS & DAMAGE:
ON 11/18/07 insured vessel found itself in 6 foot seas when a low oil
(See Attached Desc. of Loss & Damage Information.)

## POLICY INFORMATION

NO MORTGAGEE

REPORTED BY: Insured
REPORTED TO: Angie Pangarelli

ACORD 1 (2001/02) 1 of 3 #6909 NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE      AXP © ACORD CORPORATION 1984

NOV-19-2007 14:44   From:3125956506   ID:MFP1815DN   Page:002 R=92%

NOV-20-2007 10:43                                                                16172427850   P.03

## DESCRIPTION OF LOSS & DAMAGE (Continued from page 1.)

light appeared. Water was entering the vessel from an unknown location, and had reached the level of the engine room floor boards, causing damages (see attached)

ANS 1.3 (2001/02) 3 of 3  #69090                                                              AXP

NOV-19-2007 14:45  From:3125956506        ID:MFP1815DN            Page:003  R=92%

NOV-20-2007 10:43  MESIROW CLAIMS DEPT  Fax:3125956506  Nov 19 2007 13:52  16172427850  P.04

# DOMBROWSKI AND SORENSEN
### Attorneys at Law
670 N. CLARK
CHICAGO, ILLINOIS 60610
(312) 943-7804

JOSEPH L. DOMBROWSKI
JOAN SORENSEN

November 19, 2007

Mesirow Financial Services
Atten. Angie

RE: Insured: Green Dragon Trading Company
    C/o Joseph L. Dombrowski
    Carrier: New Hampshire Insurance Company
    Policy Number: YM 583-93-22

Dear Angie:

As per our telephone conversation I would like to report a claim relating to the above vessel.

The event happened on November 18, 2007 about 3 miles from the Ft. Lauderdale inlet, in the Atlantic Ocean. I am relating events that occurred as reported by the crew, and have no first hand knowledge of them. The vessel had just reached the location of this incident, from Chicago, and that journey was uneventful until this incident.

According to Capt. Osley, the vessel found itself in 6 foot seas when a low oil light appeared. Upon investigation in the engine room, it was discovered that water was entering the vessel from an unknown location, and had reached the level of the engine room floor boards. Water was coming in faster than the vessels pumps could control it. The Captain disconnected one of the main engines to use it as an additional pump. This still could not control the rising water. The United States Coast Guard appeared, and put a pump into service, and that would just hold the water at floorboard level.

All of the sea cocks were closed, and the main engines turned off. This stopped the flow of water. Meanwhile Sea Tow coerced the captain into signing a towing agreement. The vessel was towed to Lauderdale Marina, then the next day, November 19, 2007, it was towed to Roscioli

FAX NO. (312) 843-1710
E-MAIL jid.davide@mindspring.com

Nov 19 2007 2:19PM HP LASERJET FAX   p.1
NOV-19-2007 14:45  From:3125956506   ID:MFP1815DN   Page:004  R=92%

NOV-20-2007 10:43  WESTRUM CLAIMS DEPT   Fax:3125956500   Nov 19 2007 13:52   16172427850   P.05

Marina when it is currently situated. The phone number at Roscioli is 954-321-1250, with a mailing address of 3201 West State Road 84, Ft. Lauderdale, Florida, 33312. As of the writing of this letter, the cause of the water infiltration has not been determined.

Sea Tow is claiming salvage, and has asked the carrier to contact them. Their number is 954-785-8721. Either Kevin Collins, or Cloey are the people to contact.

I have been further informed that Captain Osley collapsed on the vessel on the afternoon of November 19, 2007. I am unaware of the cause of his collapse, but it could well be caused by his efforts to save the vessel.

Sincerely,

Joseph L. Dombrowski
Attorney At Law

Fax to 312-595-6506

# NEW HAMPSHIRE INSURANCE COMPANY®   Boston, Massachusetts

This is a confirmation of Binding. Your request to bind coverage is accepted as per the dates below, subject to an original signed application and a survey if the vessel is 10 years or older. A compliance letter must be received no later than 30 days from this date

**Policy No. YM 583-93-22**                                                                    Binder

Effective Date From: 10/24/2007 to 10/24/2008 at 12:01 a.m. Standard Time at place of issuance.

Producer:  1871011  
International Special Risks, Inc.  
Auburn Hall, Building III  
60 Pineland Drive, Suite 307  
New Gloucester, ME 04260  

Named Insured:  
Green Dragon Trading Company c/o  
Dombrowski & Sorensen Attorney At Law  
670 N. Clark  
Chicago, IL 60610

Coverage applies to items below only when amount and limits are specified.

| Section | Coverage Description | Limits | Deductible | Premium |
|---|---|---|---|---|
| A | HULL (Agreed Value) | $1,000,000 | $20,000 | $8,664 |
|   | Tender | $20,000 | $500 | Inc. |
| B | PROTECTION & INDEMNITY | $2,000,000 | N/A | $1,457 |
|   | Longshoremen's & Harbor Workers compensation insurance as provided in public act 803 of the 69th congress, as amended. Includes coverage for 2 crew. | | | |
| C | Medical Payments | $10,000 | N/A | Inc. |
| E | Towing | $2,500 | N/A | Inc. |
| F | Personal Effects | $10,000 | $250 | Inc. |
| G | Uninsured Boater | $500,000 | N/A | Inc. |
| H | Fuel Spill Liability | $800,000 | N/A | Inc. |

Endorsements: MAN-6, B-8, Nav-15, W-2, W-5, W-1, MAN-3, MAN-1, MAN-2    $0  
Nav-25

**TOTAL PREMIUM    $10,121**

Description of Vessel: Year Built 1992  Manufacturer: Swiftship  
Length: 85 ft  Model:  
Name: LE VIPER                           Hull Serial # 726811  
Description of Motors Year Built 1989  Manufacturer: Detroit  
                                        Serial# P:16VF8628  
                                        S:

Navigation Limits Warranty: Warranted confined to the use and navigation of coastal waters and tributaries thereto of the Atlantic Ocean, Gulf of Mexico, Bahamas and Caribbean Sea from Eastport, Maine to Brownsville, Texas, not south of 10 degrees north latitude. Excluding Colombia, Dominican Republic, Cuba & Haiti.

Countersigned: 10/25/2007  
M O Taxloc NY

MARITIME GENERAL AGENCY

The declarations page and endorsements attached hereto, are made part of, and attach to, policy form: BJP 2191-A  
(8/06)



A.I Marine Adjusters, Inc.

175 Water Street, 14th Floor
New York, New York 10038
Tel. #: 212-458-6513
Fax #: 212-458-6520
E-Mail: Susan.Smith3@AIG.com

Mr. Joseph Dombrowski
Dombrowski & Sorensen
670 North Clark
Chicago, Illinois 60610

December 7, 2007

RE:   M/V "LE VIPER"
      Hull Number:      726611
      Insured:          Green Dragon Trading Company
      Policy Number:    YM 583-93-22
      Date of Loss:     November 18, 2007

Dear Mr. Dombrowski:

We have received the 11/19/07 Notice of Loss regarding the above referenced incident wherein the "LE VIPER" sustained an engine systems failure resulting in the ingress of sea water into the engine spaces. This loss has been reported to have occurred off the coast of Fort Lauderdale, Florida on November 18, 2007. Please be advised that the investigation of this loss is being handled under a full reservation of rights. New Hampshire Insurance Company and its representatives are and will continue to investigate without prejudice under the above captioned policy and reserve all rights and defenses under the said policy of insurance as fully and completely as if we had refused to take any steps whatsoever in the investigation as set out above. For your ready reference, we enclose a copy of the policy for your review with the Declaration Page.

Our present understanding is that the failure in the engine room which caused the ingress of sea water was due to the wear and tear, gradual deterioration and/or corrosion of various fasteners on the raw water feed pipe outboard of the starboard engine. We would direct your attention to Section "A" 10(b)(2) relating to "causes of loss that are not covered"

> "Any wear and tear, gradual deterioration, weathering, inherent vice, insects, animals, vermin, mold, marine life, electrolytic or galvanic action, corrosion, dampness of atmosphere, gelcoat or fiberglass blistering, wet or dry rot, or extremes of temperature;"

More specifically, should it be determined that this loss was caused by one of the excluded causes, there will be no coverage for any hull/machinery damage or salvage claim under this policy arising out of this incident.

We would also direct you to Endorsement # 5 entitled "Mechanical Breakdown Exclusion"

> "It is agreed and understood that this policy does not cover any loss or damage to the yacht's engines, generators, outdrives and running gear (referred to herein as "Propulsion Machinery") resulting directly or indirectly, in whole or in part, from any of the following causes of loss whether such causes directly or indirectly cause, contribute to or aggravate the loss; or occur before, at the same time or after the loss; or whether other causes act concurrently or in any

A Member Company of
American International Group, Inc.

EXHIBIT
B

sequence with the excluded cause:

a) mechanical breakdown
b) latent defect
c) defect, weakness, inadequacy, fault or unsoundness in:
   1) design, specifications, workmanship, construction;
   2) materials used in construction or repair;
   3) or maintenance;

of any Propulsion Machinery.

However, we do insure for anything resulting loss caused by items a - c unless the resulting loss is itself excluded from coverage. All other terms and conditions still apply."

The above listed exclusions are not exhaustive of all possible exclusions applicable to the present claim and are subject to further investigation.

We would also point out that under the general conditions and exclusions of the insuring agreement under paragraph 7 "Cooperation With Us," you must cooperate with our investigation including providing any requested documentation and parts and preserving and keeping safe all components related to the engine system which failed.

Further to our investigations, we request that you provide us with copies of all documentation reflecting or establishing that all remarks and recommendations as set forth in the May 23 and 24, 2007 survey by Slahkoff, Stahl, Gordon & Associates were complied with as reflected in your October 23, 2007 correspondence to Maritime General Agency.

Please note that New Hampshire Insurance Company expresses and reserves all, and does not waive any, of its rights, whether or not mentioned above, under the policies, law, public policy or law of equity. Nothing hereto for or herein set forth should be construed as an admission on the part of New Hampshire Insurance Company in connection with this claim, or as a waiver, estoppel, or modification of any of the Policy and/or contract terms, exclusions, privileges, powers and conditions, and of New Hampshire Insurance Company's rights, remedies and defenses remain reserved, whether expressly mentioned herein or not.

Should you have any questions regarding this correspondence or any other matter relevant to this claim, please do not hesitate to call us.

Very truly yours,

Susan Smith
Regional Hull Manager
Marine Claims Department

CC:  International Special Risks, Inc. – Attn: J.P. Williamson
     Fax# 781-246-7830

A Member Company of
American International Group, Inc.

# DOMBROWSKI AND SORENSEN
### Attorneys at Law

JOSEPH L. DOMBROWSKI  
JOAN SORENSEN

670 N. CLARK  
CHICAGO, ILLINOIS 60610  
(312) 943-7804

February 5, 2008

AI Marine Adjustors  
Ms. Susan Smith, Regional Hull Manager  
175 Water Street, 14th Floor  
New York, New York 10038

RE: Assured: Green Dragon Trading Company  
    Policy Number.: YM 583-93-22  
    Vessel: LeViper  
    D/A: 11/18/07  
    Your Ref. No. LE08965

Dear Ms. Smith:

Mr. Weiss had assured me that those items requested in your letters had been forwarded to you.

It seems strange that you now ask my relationship with the insured. It was not a concern of yours when you asked for parts of the vessel to be analyzed, nor a concern of yours when you asked for permission to conduct an inspection. It was not a concern of yours when you agreed to furnish the metallurgist report. Now it is evidently a concern.

In any event, Green Dragon Trading Company is a corporation organized under the laws of the Isle of Mann. It is a bearer stock company. I am also director of its' Western Hemisphere operations, and one of its attorneys. Mr. Weiss is the lead attorney. Does that clarify any questions you may have regarding that issue?

Enclosed please find the bill from the contractor for the completion of all work requested under the survey. I thought you had this in your possession since December of 2007.

I note you had the tow bill, and have refused to give the tow company security to insure

1

FAX NO. (312) 943-1716  
E-MAIL jld.dands@mindspring.com


EXHIBIT C

payment thereof, thereby placing the vessel in jeopardy of having a lien placed against it.

I note that you have canceled the policy effective January 14, 2008, but have not seen fit to return the premium paid. Why the delay?

I have repeatedly requested a copy of the metallurgist report that you agreed to provide. If you recall, before we allowed the subject hose clamps to be turned over to your expert, we were assured that we would be given a copy of that report, and it was on that basis that we furnished the suspect hose clamps. Are you now refusing to honor your agreement? If so, please tell us you are not going to honor your agreement. Otherwise, please forward a copy of the report to either myself, Mr. Weiss, or both.

On a similar subject, a joint survey was conducted. Your surveyor represented to our surveyor that compliance with the Slakoff survey was not an issue. Was that a misrepresentation on his part, or a change of position on your part? You might further recall these events happened in the State of Florida.

You were to furnish a copy of your surveyor's report. To date, we have not received it. Do you intend to keep your word, and furnish it?

What other information would you like provided to you to assist in the investigation of this claim?

Sincerely,

JOSEPH L. DOMBROWSKI
Attorney At Law

Fax to 212-458-6520
Mailed

CC: International Special Risks, Inc. - Attn. J. P. Williamson
    Fax to 781-246-7830

  Parrillo, Weiss & O'Halloran
  Atten. Mr. David J. Weiss

2

**R & K CONSTRUCTION, INC.**
P.O. BOX #87
ELK GROVE, ILLINOIS
60007

847 439 0655

FAX 847 439 0702

July 29, 2007

CLIENT: Joseph Dombrowski
670 N. Clark Street
Chicago, Il 60610

JOB LOCATION   VIPER

Work with Captain Dan Osley to Complete All Jobs Requested by Boat Surveyors

**TOTAL: $4,000.00**



**AI Marine Adjusters, Inc.**

175 Water Street, 14th Floor
New York, New York 10038
Tel. #: 212-458-6513
Fax #: 212-458-6520
E-Mail: Susan.Smith3@AIG.com

March 3, 2008

**VIA CERTIFIED AND REGULAR MAIL**
Certified Mail No.: 70063450000146609575
Green Dragon Trading Company
c/o Mr. Joseph Dombrowski
Dombrowski & Sorensen
670 N. Clark
Chicago, IL 60610

Re:  M/Y LE VIPER
     Insured:          Green Dragon Trading Company
     Policy No.:       YM 583-93-22
     Date of Loss:     November 18, 2007
     Our Reference No.: LE08965

Dear Mr. Dombrowski:

Our office has been investigating the above claim pursuant to the Reservation of Rights issued on December 7, 2007. As part of our investigation we have, on several occasions, requested information from both you and your attorney, Mr. Weiss, as the representative of the insured. We have received responses to some of our requests for information, but many of the requests have still gone unanswered. Based on the information we have been provided thus far, we hereby advise you that New Hampshire denies coverage under Executive Yacht Policy No. YM 583-93-22 ("the Policy") for this claim for the reasons set forth below.

It is our understanding that on November 19, 2007, Captain Dan Osley, his son Sean, and two others were cruising on the M/Y Le Viper ("the vessel") about 500 yards from land, heading north toward Ft. Lauderdale, Florida. The engine room began taking on water. The US Coast Guard was called, and Towboat US also responded. The Coast Guard pump was not sufficient to cope with the ingress of water, and Towboat US ultimately used eight pumps to stem the flow of water. A flexible raw water hose had come adrift off of the starboard engine as the result of the failure of two hose clamps, and was reattached. The vessel was then towed up the New River to Rosciolli Marine. Costs associated with the salvage total $24,051.00.

The Policy contains the following relevant provisions:

    10.    CAUSES OF LOSS THAT ARE NOT COVERED:

    B. We shall not cover any loss or damage arising out of:

A Member Company of
American International Group, Inc.

EXHIBIT
D

(1) Intentional Acts: Any intentional misuse or misconduct, criminal, willful or malicious act or lack of reasonable care or due diligence, in the operation or maintenance of your yacht, tender or trailer;

(2) Any wear and tear, gradual deterioration, weathering, inherent vice, insects, animals, vermin, fungus or mold, marine life, electrolytic or galvanic action, oxidation, warping or shrinkage, corrosion, dampness of atmosphere, gel coat or fiberglass blistering, wet or dry rot, or extremes of temperature;

Endorsement #5

Mechanical Breakdown Exclusion

It is agreed and understood that this policy does not cover any loss or damage to the yacht's engines, generators, outdrives and running gear (referred to herein as 'Propulsion Machinery') resulting directly or indirectly, in whole or in part, from any of the following causes of loss whether such causes directly or indirectly cause, contribute to or aggravate the loss; or occur before, at the same time or after the loss; or whether other causes act concurrently or in any sequence with the excluded cause:

   a) mechanical breakdown
   b) latent defect
   c) defect, weakness, inadequacy, fault or unsoundness in:
      1) design, specifications, workmanship, construction;
      2) materials used in construction or repair;
      3) or maintenance;

of any Propulsion Machinery.

However, we do insure for any resulting loss caused by items a – c unless the resulting loss is itself is excluded from coverage. All other terms and conditions still apply.

   The marine surveyor who conducted an investigation following the loss, as well as the metallurgist who conducted a metallurgical analysis of the hose clamps, concur that the loss was caused by the failure of the hose clamps due to stress corrosion. The Policy specifically does not cover loss or damage arising out of "wear and tear, gradual deterioration, ... corrosion" (Sect. 10(B)(2)). The hose clamps failed due to their deteriorated and corroded condition, which is explicitly not covered under the Policy, and is not a fortuity which the Policy would have otherwise covered. Therefore, there is no coverage for this loss.

   In addition, the failure to replace the deteriorated and corroded hose clamps indicates a lack of reasonable care and due diligence in the maintenance of the vessel, for which coverage is excluded pursuant to Section 10(B)(1). Any damage to the propulsion machinery in the engine room was directly caused by defects or inadequacy

A Member Company of
American International Group, Inc.

of maintenance of the propulsion machinery, and is further excluded under the Mechanical Breakdown Exclusion.

Further, the faulty condition of the vessel at the time of the loss may be in breach of the implied warranty of seaworthiness that is part of the Policy, which would also void coverage for this loss.

In conclusion, there is no coverage for this loss under the Policy and New Hampshire is not responsible for any repair, salvage or other costs associated with this loss. For these reasons, this claim is hereby denied. Finally, as New Hampshire denies this claim, the insured will be responsible to pay the costs of the salvage. A copy of the invoice from TowBoat US is enclosed for your use in that regard. Please be advised that no past, present or future action of New Hampshire or its agents in investigating or considering these claims for coverage can or should be deemed as a waiver or modification of this Denial of Coverage, or of any policy terms, warranties and conditions and any rights it has under the applicable law, and, New Hampshire hereby reserves all of its rights under the Policy and the applicable law.

Very truly yours,

Susan Smith
Regional Hull Manager
Marine Claims Department

Enclosure
cc:  David J. Weiss
     Parillo, Weiss & O'Halloran

A Member Company of
American International Group, Inc.



# Invoice

Offshore Marine Towing, Inc
560 NE 26th Court
Pompano Beach, FL 33064
Ph. 954-783-7821 Fax. 954-783-9009
www.towboatusftlauderdale.com

| Date | Invoice |
|---|---|
| 12/13/2007 | 07-1891 |

**Bill To:**
M/Y Le Viper
Green Dragon Trading Company
C/O Dombrowski & Sorensen
670 North Clark Street
Chicago, IL 60610

| Service Date | Service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 11/18/2007 | Taking on Water/... | TowBoatUS # 1 response and return. | 3 | 750.00 | 2,250.00 |
| 11/18/2007 | Taking on Water/... | TowBoatUS # 2 response and return. | 5 | 520.00 | 2,600.00 |
| 11/18/2007 | Taking on Water/... | TowBoatUS # 4 response and return. | 5.5 | 520.00 | 2,860.00 |
| 11/18/2007 | Taking on Water/... | TowBoatUS # 5 response and return. | 5 | 750.00 | 3,750.00 |
| 11/18/2007 | Taking on Water/... | TowBoatUS # 7 response and return | 3 | 520.00 | 1,560.00 |
| 11/18/2007 | Salvage Master | Supervising Salvage Master | 5 | 250.00 | 1,250.00 |
| 11/18/2007 | Diver | Salvage Diver to inspect the vessel | 2 | 200.00 | 400.00 |
| 11/18/2007 | Pump Rental | 2" gas dewatering pumps | 2 | 160.00 | 320.00 |
| 11/18/2007 | Pump Rental | 8000 gph dewatering pumps | 6 | 150.00 | 900.00 |
| 11/18/2007 | Scuba Bottles | | 1 | 36.00 | 36.00 |
| 11/18/2007 | Hooka Rig | | 1 | 200.00 | 200.00 |
| 11/18/2007 | Crew | Night watchman to monitor the casualty | 9 | 50.00 | 450.00 |
| 11/18/2007 | Pump Rental | 2" gas dewatering pump | 1 | 150.00 | 150.00 |
| 11/18/2007 | Pump Rental | 8000 gph dewatering pump | 2 | 160.00 | 320.00 |
| 11/18/2007 | Towing | TowBoatUS # 5 and TowBoatUS # 9 towed the 87' Swiftship from Lauderdale Marina to Roscioli for haul out. | 6 | 470.00 | 2,820.00 |
| 11/19/2007 | Towing | TowBoatUS # 9 | 6 | 470.00 | 2,820.00 |
| 11/19/2007 | Crew | Salvage Diver onboard the casualty for the duration of the tow to monitor the pumps. | 6 | 200.00 | 1,200.00 |
| 11/18/2007 | Nextel | | 6 | 10.00 | 60.00 |
| 11/18/2007 | Administrative | | 1.5 | 70.00 | 105.00 |

*We Appreciate Your Business!*

**Total** $24,051.00