# EXHIBIT 1

# Maritime General Agency

Letter of Compliance for Marine Survey Recommendations

Named Insured: GREEN DRAGON TRADING CORP. LTD.

Policy Number: YM 583-93-22

On 5/23 & 24, 2007 the Marine surveying firm of SLAKOFF, STAHL, GORDON & ASSOCIATES conducted a survey on the following vessel.

Vessel name VIPER, Hull # / Documentation # 6394/972066

Vessel year / type / length 1992 / MOTOR YACHT / 85'

I certify as owner of the above vessel that all recommendations on the above survey have been complied with to the satisfaction of the above noted surveyor. Any recommendations not yet completed are listed below along with a due date of completion.

I agree that coverage for a claim will be denied, if the cause of loss can be related to or traced in any way to non-compliance with any or all recommendations made on the above referenced survey.

Vessel Owner (Sign) _____   Date 11-2-07

RECEIVED NOV 13 2007

70 Essex Road, P.O. Box 969 Westbrook, CT 06498
(860) 399-2047 / Fax (860) 399-3199