# EXHIBIT 1

# Maritime General Agency

Letter of Compliance for Marine Survey Recommendations

Named Insured: GREEN DRAGON TRADING CORP. LTD.

Policy Number: YM 583-93-22

On 5/23 & 24, 2007 the Marine surveying firm of SLAKOFF, STAHL, GORDON & ASSOCIATES conducted a survey on the following vessel.

Vessel name VIPER, Hull # / Documentation # 6394 / 972066

Vessel year / type / length 1992 / MOTOR YACHT / 85'

I certify as owner of the above vessel that all recommendations on the above survey have been complied with to the satisfaction of the above noted surveyor. Any recommendations not yet completed are listed below along with a due date of completion.

I agree that coverage for a claim will be denied, if the cause of loss can be related to or traced in any way to non-compliance with any or all recommendations made on the above referenced survey.

Vessel Owner (Sign) [signature]    Date 11-2-07

RECEIVED NOV 13 2007

70 Essex Road, P.O. Box 969 Westbrook, CT 06498
(860) 399-2047 / Fax (860) 399-3199

# EXHIBIT 2

Case 1:08-cv-01326   Document 19-3   Filed 05/12/2008   Page 3 of 4

NOV-20-2007 10:44                R                                    16172427850      P.06

# NEW HAMPSHIRE INSURANCE COMPANY®   Boston, Massachusetts

This is a confirmation of Binding. Your request to bind coverage is accepted as per the dates below, subject to an original signed application and a survey if the vessel is 10 years or older. A compliance letter must be received no later than 30 days from this date.

**Policy No.** YM 583-93-22                                           **Binder**

Effective Date From: 10/24/2007 to 10/24/2008 at 12:01 a.m. Standard Time at place of issuance.

**Producer:** 1871011
International Special Risks, Inc.
Auburn Hall, Building III
60 Pineland Drive, Suite 307
New Gloucester, ME 04260

**Named Insured:**
Green Dragon Trading Company c/o
Dombrowski & Sorensen Attorney At Law
670 N. Clark
Chicago, IL 60610

Coverage applies to items below only when amount and limits are specified.

| Section | Coverage Description | Limits | Deductible | Premium |
|---|---|---|---|---|
| A | HULL (Agreed Value) | $1,000,000 | $20,000 | $8,664 |
|   | Tender | $20,000 | $500 | Inc. |
| B | PROTECTION & INDEMNITY<br>Longshoremen's & Harbor Workers compensation insurance as provided in public act 803 of the 60th congress, as amended.<br>Includes coverage for 2 crew. | $2,000,000 | N/A | $1,457 |
| C | Medical Payments | $10,000 | N/A | Inc. |
| E | Towing | $2,500 | N/A | Inc. |
| F | Personal Effects | $10,000 | $250 | Inc. |
| G | Uninsured Boater | $500,000 | N/A | Inc. |
| H | Fuel Spill Liability | $800,000 | N/A | Inc. |
| Endorsements: MAN-6, B-8, Nav-15, W-2, W-5, W-1, MAN-3, MAN-1, MAN-2 Nav-25 | | | | $0 |
| | | | TOTAL PREMIUM | $10,121 |

**Description of Vessel:** Year Built 1992   Manufacturer: Swiftship
Length: 85 ft   Model:
Name: LE VIPER                         Hull Serial # 726811
**Description of Motors** Year Built 1989   Manufacturer: Detroit
                                       Serial# P:16VF8628
                                       S:

**Navigation Limits Warranty:** Warranted confined to the use and navigation of coastal waters and tributaries thereto of the Atlantic Ocean, Gulf of Mexico, Bahamas and Caribbean Sea from Eastport, Maine to Brownsville, Texas, not south of 10 degrees north latitude. Excluding Colombia, Dominican Republic, Cuba & Haiti.

Countersigned: 10/25/2007
M O Taxico NY

*[signature]*
MARITIME GENERAL AGENCY

The declarations page and endorsements attached hereto, are made part of, and attach to, policy form: BJP 2191-A (8/06)

TOTAL P.06