IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>GREEN DRAGON TRADING COMPANY, )<br>c/o Dombrowski & Sorensen Attorneys at Law, )<br>)<br>Defendant. ) | NO. 08 CV 1326<br><br>JUDGE DER-YEGHIAYAN<br><br>MAG. JUDGE KEYS |

## NOTICE OF FILING

To:   SEE ATTACHED SERVICE LIST

  YOU ARE HEREBY NOTIFIED that on May 12, 2008, we caused to be filed electronically with the Clerk of the United States District Court, Northern District of Illinois - Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, for Defendant, Green Dragon Trading Company, **GREEN DRAGON'S REPLY TO RESPONSE OF NEW HAMPSHIRE INSURANCE TO MOTION TO DISMISS OR TRANSFER**.

        Respectfully submitted,

       BY: _____s/s George B. Collins_____
          Attorney for Defendant
          Green Dragon Trading Company

George B. Collins
Collins, Bargione & Vuckovich
One North LaSalle St., #300
Chicago, IL 60602
(312) 372-7813

1

## CERTIFICATE OF SERVICE

George B. Collins hereby certifies that on May 12, 2008, he caused this **NOTICE OF FILING/CERTIFICATE OF SERVICE,** and **GREEN DRAGON'S REPLY TO RESPONSE OF NEW HAMPSHIRE INSURANCE TO MOTION TO DISMISS OR TRANSFER**, to be served on the parties of record listed on the attached Service List, electronically by operation of the Court's electronic filing system, by filing the documents electronically with the Clerk of this Court.

BY: _____s/s George B. Collins_____
Attorneys for Defendant,
Green Dragon Trading Company

## SERVICE LIST

Dennis Minichello
Stephanie A. Espinoza
**MARWEDEL, MINICHELLO & REEB, P.C.**
10 South Riverside Plaza, Suite 720
Chicago, IL 60606
dminichello@mmr-law.com
sespinoza@mmr-law.com


George B. Collins
**COLLINS, BARGIONE & VUCKOVICH**
One N. LaSalle St., #300
Chicago, IL 60602
email@cb-law.com

3