# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1326 | **DATE** | 6/17/2008 |
| **CASE TITLE** | New Hampshire Insurance Company vs. Green Dragon Trading Company | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the Court's memorandum opinion dated 06/17/08, Defendant's motion to dismiss for lack of venue or, in the alternative, to transfer [11] is denied in part and granted in part. We deny Green Dragon's motion to dismiss for lack of personal jurisdiction, we deny the motion to dismiss for improper venue, and we grant Green Dragon's motion to transfer. Therefore, the instant action is hereby ordered transferred to the Southern District of Florida, Ft. Lauderdale. All pending dates before this Court are hereby stricken as moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|